# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

DOMAIN PROTECTION LLC
Plaintiff

v.                                                       15-2244
                                                    Civil Action No.

PAUL RAYNOR KEATING
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Domain Protection LLC

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Domain Protection LLC, SandlerPayne, PLLC, Paul Raynor Keating

| | |
|---|---|
| Date: | 7/7/2015 |
| Signature: | /s/Christopher A. Payne |
| Print Name: | Christopher A. Payne |
| Bar Number: | Texas State Bar No. 15651500 |
| Address: | 6600 LBJ Freeway, Suite 183 |
| City, State, Zip: | Dallas, Texas 75240 |
| Telephone: | 972-284-0731 |
| Fax: | 214-453-2435 |
| E-Mail: | chris@sandlerpayne.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons