IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Domain Protection LLC § | |
| § | |
| Plaintiff § | |
| § | Civil Action No. 3:15-cv-02244-L |
| v. § | |
| § | |
| Paul Raynor Keating § | |
| § | |
| Defendant § | |

**DEFENDANT'S RENEWED MOTION TO DISMISS**

Defendant Paul Raynor Keating ("Defendant Keating") files this *Renewed Motion to Dismiss* pursuant Rule 12(b)(2) and 12(b)(6), FED. R. CIV. P., and respectfully requests that the Court dismiss all claims without prejudice on the basis of Defendant Keating's original and pending *Motion to Dismiss* [Dkt No. 6]. The Renewed Motion to Dismiss is supported by the more detailed Memorandum in Support thereof and states the following:

As set forth in the Memorandum, Plaintiff's Complaint fails to establish personal jurisdiction over the Defendant, who is in any event, protected by the immunity afforded by the Texas Citizen Protection Act and federal case law.

WHEREFORE, Defendant Keating respectfully requests that the Court dismiss this action without prejudice.

Respectfully submitted,

GRAY REED & McGRAW, P.C.

By: /s/ Travis Crabtree
TRAVIS CRABTREE
State Bar No. 24015192
tcrabtree@grayreed.com

1

                1300 Post Oak Blvd., Suite 2000
                Houston, Texas 77056
                (713) 986-7000
                (713) 986-7100

            ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served through ECF on this 2nd day of September, 2015:

            /s/ Travis Crabtree
            TRAVIS CRABTREE